IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LISA DALEY F/K/A LISA FETTER,<br>　　Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 3:26-cv-01196 |
| ROCKET MORTGAGE, LLC BY<br>MERGER WITH NATIONSTAR<br>MORTGAGE, LLC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§ | |

## NOTICE OF REMOVAL

Defendant Rocket Mortgage, LLC by merger with Nationstar Mortgage, LLC ("Rocket" or "Defendant") files this its Notice of Removal pursuant to 28 U.S.C. sections 1332, 1441, and 1446. In support of this Notice, Defendant states as follows:

## SUMMARY

1. Lisa Daley f/k/a Lisa Fetter ("Plaintiff") filed this action on April 1, 2026, in the 68th District Court of Dallas County, Texas, as cause number DC-26-05579 in the matter styled *Lisa Daley f/k/a Lisa Fetter v. Rocket Mortgage, LLC by merger with Nationstar Mortgage, LLC* (the "State Court Action"). Pursuant to sections 1441 and 1446 of Title 28 of the United States Code, Defendant removes this case to the United States District Court for the Northen District of Texas, Dallas Division, the Judicial District and Division in which this action is pending.

2. The allegations in *Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary injunction* ("Petition") relate to the servicing of a loan agreement and title to the real property commonly known as 9683 Whitehurst Dr. Dallas, TX 75243 ("Property"). (*See* Petition at ¶ 1.) In her Petition, Plaintiff alleges she entered into a restructuring agreement with Nationstar and paid the specified amount according to the agreement. (*Id.* at ¶¶ 3.) Furthermore, Plaintiff alleges Defendants sent a notice of acceleration less than 30 days from the a payment statement that was sent on January 21, 2026. (*Id.* at ¶¶ 4-5.) Based on these allegations, Plaintiff brings

claims for Wrongful Foreclosure, Breach of Contract and Injunctive relief.  (*Id.* at ¶¶ 11-14.) Plaintiff requests compensatory damages, attorney fees, injunctive relief, prejudgment and post judgment interest, and all other relief  (*Id.* at Prayer.)

3.      A copy of the Docket Sheet from the State Court Action is attached as Exhibit A. Copies of all pleadings filed in the State Court Action are attached as Exhibit B.

4.      This Notice of Removal is timely under the provisions of 28 U.S.C. Section 1446(b) because this notice is being filed prior to completion of service or within thirty (30) days of service. 28 U.S.C. § 1446(b)(2).

**BASIS FOR REMOVAL: DIVERSITY JURISDICTION**

5.      Removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. Sections 1332, 1441(a) and (b) because the properly joined parties are diverse and the amount in controversy is well in excess of $75,000.00 exclusive of interest and costs.

**A. There is complete diversity between Plaintiffs and Defendants.**

6.      Plaintiff, Lisa Daley f/k/a Lisa Fetter, is a citizen of Texas residing at 9683 Whitehurst Dr. Dallas, TX 75243. (*See* Petition.)

7.      Defendant Rocket Mortgage is a Limited Liability Company. The citizenship of a limited liability company is determined by the citizenship of all its members. *Tewari De-Ox Systems, Inc. v. Mountain States/Rosen, LLC*, 757 F.3d 481, 483 (5th Cir. 2014); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Rocket Mortgage's sole member is RKT Holdings, LLC. RKT Holdings LLC has three members, namely Rock Holdings Inc., Rocket Companies, Inc. and Dan Gilbert. Rock Holdings, Inc. is a Michigan corporation, with a principal place of business in Michigan. Rocket Companies, Inc. is a Delaware corporation, with a principal place of business in Michigan. Dan Gilbert is an individual domiciled in Michigan. Thus, for purposes of Diversity, Rocket Mortgage is a citizen of Michagan and Delaware.

**B. The amount in controversy exceeds $75,000.00.**

8.      In the Fifth Circuit, when declaratory or injunctive relief is sought, the amount in controversy is measured by the value of the object of the litigation, and the value of that right is measured by the losses that will follow. *Webb v. Investacorp, Inc.*, 89 F.3d 252, 256 (5th Cir.1996). Stated differently, "the amount in controversy, in an action for declaratory and injunctive relief, is the value of the right to be protected or the extent of the injury to be prevented." *Leininger v. Leininger*, 705 F.2d 727, 729 (5th Cir.1983); *see also Lamarr v. Chase Home Finance, LLC*, 2008 WL 4057301 (N.D. Miss. 2008) (finding amount in controversy requirement was satisfied where plaintiff sought to set aside foreclosure sale and home appraised for $83,000.00, plus unspecified amount of monetary damages); *Bank of America National Trust and Sav. Assoc. v. Reeves*, 1995 WL 96617, *1 (E.D. La. 1995) (court held that the amount in controversy was met in action seeking to enjoin foreclosure on property because the suit "puts at issue the entire value of the property on which they attempt to enjoin defendants from foreclosing.").

9.      As set forth above, Plaintiff seeks relief to stop the foreclosure proceeding that was scheduled for April 7, 2026.  (*See* Petition) In doing so, Plaintiff has put at issue the entire value of the Property. The Dallas County Appraisal District values the property at $619,500.00. (Exhibits C and C-1) If Plaintiff is granted the relief requested, Defendant will lose the ability to enforce their interest in the Property. Accordingly, the relief Plaintiff seeks places at issue the value of the Property, which is well in excess of $75,000.00.

10.     Defendant denies that Plaintiff is entitled to any relief, but there can be no question that Plaintiff's Petition, which requests unspecified damages and relief that will strip Defendant of its interest in the Property puts in excess of $75,000.00 in controversy.

## VENUE

11.    Venue for removal is proper in this District and Division under 28 U.S.C. Section 1441(a) because this district and division embrace the 68th District Court of Dallas County, Texas, the forum in which the removed action was pending.

## NOTICE

12.    Concurrently with the filing of this Notice, Defendant will file a copy of this Notice of Removal with the Clerk of the 400th District Court of Fort Bend County, Texas.


DATE: <u>April 15, 2026</u>


Respectfully submitted,
MARINOSCI LAW GROUP, P.C.


<u>/s/ Bradley Conway</u>
Bradley Conway / State Bar No. 24055340
Sammy Hooda / State Bar No. 24064032
16415 Addison Road, Suite 725
Addison, Texas 75001
Phone: 401.234.9200
Fax: 972.331.5240
Email: bconway@mlg-defaultlaw.com
Email: shooda@mlg-defaultlaw.com
**ATTORNEYS FOR DEFENDANT**

## LIST OF ALL KNOWN COUNSEL OF RECORD

For Plaintiff Lisa Daley f/k/a Lisa Fetter:

Jules P. Slim / State Bar No. 00793026
P.O Box 140307
Irving, TX 75014
Phone: 214-350-5183
Fax: 214-350-5184
Email: jslip@slimlawfirm.com

For Defendant Rocket Mortgage, LLC:

Bradley Conway / State Bar No. 24055340
Sammy Hooda / State Bar No. 24064032
16415 Addison Road, Suite 725
Addison, Texas 75001
Phone: 401.234.9200
Fax: 972.331.5240
Email: bconway@mlg-defaultlaw.com
Email: shooda@mlg-defaultlaw.com

## INDEX OF DOCUMENTS ATTACHED

Exhibit A      Copy of the Docket Sheet for Cause No. DC-26-05579, in the 68th District Court of Dallas County, Texas;

Exhibit B      Pleadings in Cause No. DC-26-05579, in the 68th District Court of Dallas County, Texas;

    B-1      Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary Injunction;

    B-2      Proposed Temporary Restraining Order;

    B-3      Signed Temporary Restraining Order;

    B-4      Bond Receipt

    B-5      Motion to Extend TRO

    B-6      Proposed Order Extending TRO

    B-7      Granted Order Extending TRO

Exhibit C      Declaration of Bradley Conway

    C-1      Copy of the Dallas County CAD Property Search Results for the property located at 9683 Whitehurst Dr, Dallas, TX 75243.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of April 2026 a true and correct copy of the foregoing was served via regular U.S. mail and email on the following parties and counsel:

**Jules P. Slim**
P.O Box 140307
Irving, TX 75014
Email: jslip@slimlawfirm.com
Attorney for Plaintiff

*/s/ Bradley Conway*
**BRADLEY CONWAY**